IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DONALD WAYNE PATTERSON, )
)
        Petitioner, )
)
v. ) Case No. CIV-10-693-R
)
JANE STANDIFIRD, Warden, )
)
        Respondent. )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach, recommending that Petitioner's habeas corpus petition be denied. Doc. No. 14]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED and the petition for a writ of habeas corpus herein is DENIED.

IT IS SO ORDERED this 16th day of September, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE